

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00452-CR

Larry Donzell **MCCONNELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 723150
Honorable Rosie S. Gonzalez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 23, 2025.

_____
Lori I. Valenzuela, Justice